ACCEPTED
12-15-00054-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/20/2015 3:31:38 PM
CATHY LUSK
CLERK

**NO. 12-15-00054-CV**

**IN THE**

**TWELFTH COURT OF APPEALS**

**TYLER, TEXAS**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/20/2015 3:31:38 PM
CATHY S. LUSK
Clerk

_____

**SABRE ENERGY CORPORATION, SONCO HOLDINGS, LLC,
VAN W. MOUNTS AND EDWIN WESLEY SANO**

**v.**

**WELL-PRO SERVICES, L.P.**

_____

_____

**Joint Motion to Remand for
Purposes of Settlement**

_____

As authorized in Rule 42.1 of the Texas Rules of Appellate Procedure, the parties request that the Court would reverse the judgment of the trial court and remand the cause for purposes of settlement.

1.   The notice of appeal and joint motion to abate appeal are the only pleadings that have been filed in this appellate procedure.

2.   The parties have now settled all claims in issue. The settlement agreement contemplates further action by the trial court.

3.     The parties agree that costs of the appeal will be borne by the party that incurred them.

WHEREFORE, PREMISES CONSIDERED, the parties jointly pray that the judgment of the trial court would be reversed and that the cause would be remanded to the trial court for further proceedings in accordance with the agreement of the parties.

This 20th day of July, 2015.

Respectfully submitted,

RAMEY & FLOCK, P.C.
100 East Ferguson, Suite 500
Tyler, TX  75702
Telephone:  (903) 597-3301
Facsimile:    (903) 597-2413

*/s/ Paul Gilliam*
GREGORY D. SMITH
State Bar No. 18600600
gsmith@rameyflock.com
ANDREW S. STINSON
State Bar No. 24028013
andys@rameyflock.com
PAUL GILLIAM
State Bar No. 07938700
paulg@rameyflock.com

*Attorneys for Appellants*

KYLE KUTCH
Attorney at Law
State Bar No. 11770543
211 East Tyler Street, Suite 600-G
Longview, TX 75601
Telephone: (903) 236-8788
Facsimile: (903) 236-0015
kyle@kutchlaw.com

*Attorney for Appellee*